FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -5 P 4:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ADOLPH HICKS                                CIVIL ACTION

VERSUS                                      NUMBER: 05-0878

N. BURL CAIN, WARDEN                        SECTION: "R"(5)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Adolph Hicks is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 5th day of April, 2006.

Sarah Vance
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____